UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| LLIMMY RODRIGUEZ JIMENEZ, | Case No. 2:25-cv-02167-RSM-BAT |
|---|---|
| Petitioner, | STIPULATED MOTION AND BRIEFING SCHEDULE |
| v. | |
| PAMELA BONDI, *et al.*, | |
| Respondents. | |

Pursuant to this Court's Order (Dkt. No. 3), Petitioner and Federal Respondents[1] submit this proposed briefing schedule. To expedite this habeas matter, the parties agree to forgo the temporary restraining order ("TRO") motion in favor of expedited briefing in consideration of the merits of Petitioner's habeas corpus petition. Dkt. No. 1. This would allow the parties to brief the issues only once and for this Court to rule on the issues once.

The parties propose the following briefing schedule for the habeas petition:

| **Filing** | **Deadline** |
|---|---|
| Respondents' Return Memorandum | November 17, 2025 |
| Petitioner's Response | December 1, 2025 |

---

[1] Respondent Bruce Scott is not a federal employee and not represented by undersigned counsel.

STIPULATED MOTION FOR BRIEFING SCHEDULE
[2:25-cv-02167-RSM-BAT] - 1

1    Federal Respondents agree to not remove Petitioner from the United States or transfer him

2   to another facility without providing his counsel with at least 48 hours notice while the habeas

3   petition is pending.

4    Petitioner agrees to withdraw the pending TRO motion. Dkt. No. 2.

5    The parties further request that this Court forgo with a referral to a magistrate judge in

6   order to expedite a final decision on the habeas petition.

7    Accordingly, the parties request that the Court enter the proposed briefing schedule.

8    DATED this 2nd day of November, 2025.

9   Respectfully submitted,

10  CHARLES NEIL FLOYD                          GIBBS HOUSTON PAUW
    United States Attorney
11
    *s/ Kristin B. Johnson*                     *s/ Hilary Smith*
12  KRISTIN B. JOHNSON, WSBA #28189             HILARY SMITH, WSBA #60474
    Assistant United States Attorney            1000 Second Avenue, Suite 1600
13  United States Attorney's Office             Seattle, Washington 98104
    Western District of Washington              Phone: (206) 682-1080
14  700 Stewart Street, Suite 5220              Email: hilary.smith@ghp-law.net
    Seattle, Washington 98101                   *Attorneys for Petitioner*
15  Phone: (206) 553-7970
    Email: kristin.b.johnson@usdoj.gov
16  *Attorneys for Federal Respondents*

17  *I certify that this memorandum contains*
    *192 words, in compliance with the Local*
18  *Civil Rules.*

19

20

21

22

23

24

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED.  The parties shall submit briefing pursuant to the following schedule:

| **Filing** | **Deadline** |
|---|---|
| Respondents' Return Memorandum | November 17, 2025 |
| Petitioner's Response | December 1, 2025 |

The Motion for Temporary Restraining Order (Dkt. No. 2) is withdrawn.

Federal Respondents shall not remove Petitioner from the United States or transfer him to any other facility without providing his counsel with at least 48 hours notice until this Court decides the habeas petition.

The Court directs the Clerk to terminate the referral of the habeas petition at Dkt. #1.

DATED this 3rd day of November, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE